[Nos. 2906–3; 2928–3.   Division Three.   October 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LLOYD
RAY MOORE, *Appellant.*

*In the Matter of the Personal Restraint of*
LLOYD RAY MOORE, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Roe, J., concurred in by Green,
C.J., and McInturff, J.

[No. 3484–2.   Division Two.   October 17, 1979.]

AHNER HALL, INC., *Respondent,* v. THE DEPART-
MENT OF SOCIAL AND HEALTH SERVICES,
*Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 58319, Oluf Johnsen, J. Pro Tem.,
entered May 22, 1978. *Reversed* by unpublished opinion
per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2731–3.   Division Three.   October 18, 1979.]

JUMP OFF LUMBER CO., INC., *Appellant,* v. RALPH
BURROWS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Stevens County, No. 20510, Sidney R. Buckley, J., entered
December 23, 1978. *Affirmed as modified* by unpublished
opinion per Roe, J., concurred in by Green, C.J., and
Munson, J.